# EXHIBIT "C"

The Law Office of
# RODERICK V. HANNAH, ESQ., P.A.

8751 West Broward Boulevard, Suite 303     Telephone: (954) 362-3800
Plantation, Florida 33324     Facsimile: (954) 362-3779
    rhannah@rhannahlaw.com

April 1, 2019

Mr. Daniel Moncada
5150 NW 77th Court
Coconut Creek, Florida 33073

    Re:    Retainer Agreement

Dear Mr. Moncada:

    This letter will serve as a Retainer Agreement between you and Roderick V. Hannah, Esq., P.A./Law Office of Pelayo Duran, P.A. (jointly "the Firms", "we" or "us"). The Firms will represent you, as directed, specifically at this time to pursue Americans With Disabilities Act website access disability discrimination and related claims against Intrigue Couture, and any other responsible parties. In that regard, the Firms will provide you with such legal advice and legal representation as may be required, as directed by you.

    In connection with the Firms' representation of you in this matter, you will be charged for all reasonable costs, including long distance telephone calls, faxes, photocopying, courier expenses, travel, computerized research, and all other costs incurred in connection with the Firms 'representation of you. The Firms will front these costs for you and you agree to reimburse the Firms these costs out of any settlement or judgment proceeds you obtain.

    At this time, you need not pay the Firms any retainer deposit. The Firms will be paid attorney's fees and reimbursed any advanced costs, out of any settlement and judgment in your favor. In the event attorney's fees are awarded by the Court, any money collected pursuant to such award minus costs, shall be applied to the amount of fees agreed to be paid hereunder. The Firms shall be entitled to the full of amount of fees awarded and collected. For purposes of claiming any fee award from the Court, you agree and acknowledge that we are representing you at the rate of $425.00 per hour for attorney time, and $125.00 per hour for paralegal time.

    There may be tax consequences resulting from your settlement, recovery, or other resolution of this matter. You acknowledge that the Firms will not be providing tax advice. Tax rulings are subject to frequent change. The firm recommends that in making settlement or financial decisions that you consult with your own tax advisor.

    It is also understood and agreed that if investigation of the facts in this matter discloses a conflict of interest for the Firms, or for any other reason the Firms' representation of you would be improper, the Firms may in its discretion withdraw from this agreement without penalty upon written notice to you, in which event you shall be free to enter into a new

- 2 -

arrangement with other counsel.

You also acknowledge and agree that the Firms have an ownership interest in the proceeds of any recovery in this matter, and to secure payment by you to the Firms of all expenses, court costs, and attorney's fees, you are obligated to pay under this agreement, you grant to the Firms a charging lien applicable to any and all recoveries on your claims or causes of action, whether by settlement, collection of a judgment, or otherwise. You understand that the charging lien may be used to protect the Firms' lawyer's fee to reasonable compensation for work done in the event you discharge the Firms as your lawyer for no cause. You hereby consent to us notifying any and all third parties of the charging lien following discharge.

You hereby expressly grant power to the Firms to endorse and deposit into their trust account any checks in your name and authorize the Firms to reimburse the Firms from any recovery made on your behalf, all disbursements it has made or may make in the prosecution of this claim.

You further acknowledge that you have, before signing this contract, received and read the Statement of Client's Rights, and understand each of the rights set forth therein. You have signed a Statement of Client's Rights and received a signed copy to keep and to refer to while being represented by us.

This contract may be cancelled by written notification to the Firms at any time within three business days of the date the contract was signed, as shown below, and if cancelled, you shall not be obligated to pay any fees to the Firms for the work performed during that time. If the Firms has advanced funds to others in representation of you, the Firms is entitled to reimbursement for such amounts as they have reasonably advanced on your behalf.

In order to confirm our arrangement, we need your signature on the duplicate copy enclosed acknowledging your acceptance of the terms and conditions hereof and the return of the signed copy in the enclosed self-addressed stamped envelope.

Very truly yours,

RODERICK V. HANNAH, ESQ., P.A.

By: _____
     Roderick V. Hannah

LAW OFFICE OF PELAYO DURAN, P.A.

By: _____
     Pelayo M. Duran

AGREED TO AND ACCEPTED BY:

By: _____*Daniel Moncada*_____
      Daniel Moncada

Date:  April 1, 2019

## STATEMENT OF CLIENT'S RIGHTS

Before you, the prospective clients, arrange a contingency fee agreement with a

- 4 -

lawyer, you should understand this Statement of your rights as a client. This Statement is not a part of the actual contract between you and your lawyers, but as a prospective client, you should be aware of these rights:

1. There is no legal requirement that a lawyer charge a client a set fee or a percentage of money recovered in a case. You, the client, have the right to talk to your lawyer about the proposed fee and to bargain about the rate or percentage as in any other contract. If you do not reach an agreement with one lawyer you may talk with other lawyers.

2. Any contingency fee contract must be in writing and you have three (3) business days to reconsider the contract. You may cancel the contract without any reason if you notify your lawyers in writing within three (3) business days of signing the contract. If you withdraw from the contract within the first three (3) business days you do not owe the lawyer a fee although you may be responsible for the lawyer's actual costs during that time. If your lawyer begins to represent you, your lawyer may not withdraw from the case without giving you notice, delivering necessary papers to you, and allowing you time to employ another lawyer. Often, your lawyer must obtain Court approval before withdrawing from a case. If you discharge your lawyer without good cause after the three-day period, you may have to pay a fee for work the lawyer has done.

3. Before hiring a lawyer, you, the client, have the right to know about the lawyer's education, training and experience. If you ask, the lawyer should tell you specifically about his or her actual experience dealing with cases similar to yours. If you ask, the lawyer should provide information about special training or knowledge and give you this information in writing if you request it.

4. Before signing a contingency fee contract with you, a lawyer must advise you whether he or she intends to handle your case alone or whether other lawyers will be helping with the case. If your lawyer intends to refer the case to other lawyers he or she should tell you what kind of fee sharing arrangement will be made with the other lawyers. If lawyers from different law firms will represent you, at least one lawyer from each law firm must sign the contingency fee contract.

5. If your lawyer intends to refer your case to another lawyer or counsel with other lawyers, your lawyer should tell you about that at the beginning. If your lawyer takes the case and later decides to refer it to another lawyer or to associate with other lawyers, you should sign a new contract which includes the new lawyers. You, the client, also have the right to consult with each lawyer working on your case and each lawyer is legally responsible to represent your interests and is legally responsible for the acts of the other lawyers involved in the case.

6. You, the client, have the right to know in advance how you will need to pay the expenses and legal fees at the end of the case. If you pay a deposit in advance for costs, you may ask reasonable questions about how the money will be or has been spent and how much of it remains unspent. Your lawyer should give a reasonable estimate about future necessary costs. If your lawyer agrees to lend or advance you money to prepare or research the case, you have the right to know periodically how much money your lawyer has spent on

your behalf. You also have the right to decide, after consulting with your lawyer, how much money is to be spent to prepare a case. If you pay the expenses, you have the right to decide how much to spend. Your lawyer should also inform you whether the fee will be based on the gross amount recovered or on the amount recovered minus the costs.

7. You, the client, have the right to be told by your lawyer about the possible adverse consequences if you lose the case. Those adverse consequences might include money which you might have to pay to your lawyer for costs, and liability you might have for attorney's fees to the other side.

8. You, the client, have the right to receive and approve a closing statement at the end of the case before you pay any money. The statement must list all of the financial details of the entire case, including the amount recovered, all expenses, and a precise statement of your lawyer's fee. Until you approve the closing statement you need not pay any money to anyone, including your lawyer. You also have the right to have every lawyer or law firm working on your case sign the closing statement.

9. You, the client, have the right to ask your lawyer at reasonable intervals how the case is progressing and to have those questions answered to the best of your lawyer's ability.

10. You, the client, have the right to make the final decision regarding settlement of a case. Your lawyer must notify you of all offers of settlement before and after the trial. Offers during the trial must be immediately communicated and you should consult with your lawyer regarding whether to accept a settlement. However, you must make the final decision to accept or reject a settlement.

11. If at any time, you, the client, believe that your lawyer has charged an excessive or illegal fee, you, the client, have the right to report the matter to The Florida Bar, the agency that oversees the practice and behavior of all lawyers in Florida. For information on how to reach The Florida Bar, call 904-222-5286, or contact the local bar association. Any disagreement between you and your lawyer about a fee can be taken to Court and you may wish to hire another lawyer to help you resolve this disagreement. Usually fee disputes must be handled in a separate lawsuit.

_Daniel Moncada_
DANIEL MONCADA

April 1, 2019

_[signature]_
RODERICK V. HANNAH, ESQ., P.A.

April 1, 2019