# EXHIBIT "D"

# Forensic Data Services, Inc.



1 East Broward Blvd., Suite 700
Fort Lauderdale, Florida 33301
Phone (954) 727 - 1957
**Rmoody@fds.global**

TO

**Roderick V. Hannah, ESQ., P.A.**
**8751 W. Broward Blvd.**
**Suite 303**
**Plantation, Florida 33324**

**Re: Daniel Moncada v. Intrigue Couture**

**INVOICE #** DM022119_148
**DATE 30 SEPTEMBER 2019**

**FOR** DM022119_148

| Description | Amount |
| --- | --- |
| 4/2/19 – Conference with attorney regarding DM and Intrigue Couture. (.30 hours). | 135.00 |
| 4/2/19 – Conference (interview) with DM regarding issues in case and his inability to access Defendant site. (.75) | 337.50 |
| 4/3/19 – Analyzed data provided by client and counsel, evaluated site (2.25 hours) | 1,012.50 |
| 4/3/2019 – Drafted Declaration in the current case (1.00 hours) | 450.00 |
| Sub-Total: | 1,935.00 |
| Total Amount Due: | **$1,935.00** |

Thank you for your business!